IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYSON HOWARD** | CASE: **2:16−CV−02292−LEK** |
| vs. | |
| **DJI TECHNOLOGY, INC.** | ORDER OF REASSIGNMENT |

Pursuant to the Order of Designation of District Judge for Service in Another District Within the Ninth Circuit, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

This action is reassigned to District Judge Leslie E. Kobayashi. The new case number for this action, 2:16−CV−02292−LEK , must be used on all future documents filed with this court.

All dates currently set in this action shall remain pending, subject to further order of the court.

DATED: October 3, 2016

**LAWRENCE J. O'NEILL.**, CHIEF
U.S. DISTRICT COURT JUDGE