| | |
|---|---|
| MICHAEL H. RUBIN, State Bar No. 214636<br>PETER C. HOLM, State Bar No. 299233<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>1 Market Street<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email: mrubin@wsgr.com<br>Email: pholm@wsgr.com<br><br>SUMENG CHEN, State Bar No. 308432<br>**DJI TECHNOLOGY, INC.**<br>435 Portage Avenue<br>Palo Alto, CA 94306<br>Telephone: (650) 812-0559<br>Email: sumeng.chen@dji.com<br><br>Attorneys for Defendant<br>**DJI TECHNOLOGY, INC.** | TODD M. FRIEDMAN, State Bar No. 216752<br>ADRIAN R. BACON, State Bar No. 280332<br>**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA 91367<br>Telephone: (877) 206-4741<br>Facsimile: (866) 633-0228<br>Email: tfriedman@toddflaw.com<br>Email: abacon@toddflaw.com<br><br>Attorneys for Plaintiff<br>**TYSON HOWARD** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TYSON HOWARD, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>DJI TECHNOLOGY, INC., AKA SZ DJI TECHNOLOGY CO., LTD.,<br><br>      Defendants. | CASE NO.: 2:16-cv-02292-LEK<br><br>JOINT STIPULATION EXTENDING THE TIME TO ANSWER |

Pursuant to L.R. 143 and L.R. 144, the parties jointly submit this Stipulation.

WHEREAS, on September 26, 2016, plaintiff Tyson Howard ("Plaintiff") filed the above-captioned complaint against DJI Technology, Inc. ("Defendant") (ECF No.1);

WHEREAS, Plaintiff served a copy of the Complaint on Defendant on October 4, 2016;

WHEREAS, Defendant's response to the Complaint is presently due October 25, 2016;

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties that Defendant's time to respond to the Complaint shall be extended by twenty-eight (28) days, and Defendant's response shall be due no later than November 22, 2016.

Dated:  October 21, 2016

By: /s/ *Todd M. Friedman*
    Todd M. Friedman

Attorney for Plaintiff
Tyson Howard

Dated:  October 21, 2016        WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation

By: /s/ *Michael H. Rubin*
    Michael H. Rubin

Attorneys for Defendant
DJI Technology, Inc.

I, Michael H. Rubin, hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Michael H. Rubin*
Michael H. Rubin