# MINUTES

| | |
|---|---|
| CASE NUMBER: | 2:16-cv-02292-LEK (USDC, Eastern District of California) |
| CASE NAME: | Tyson Howard vs. DJI Technology, Inc., also known as DJI Technology Co., LTD |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 11/28/2016 | TIME: | |

COURT ACTION:  EO: COURT ORDER ELECTING TO DECIDE DEFENDANT'S MOTION TO DISMISS WITHOUT A HEARING

On November 22, 2016, Defendant DJI Technology, Inc. ("DJI") filed its Motion to Dismiss ("Motion").  [Dkt. no. 9.]  This Court elects to decide the Motion without a hearing, pursuant to L.R. 230(g) (stating that a motion "may be submitted upon the record and briefs on file . . . if the Court so orders, subject to the power of the Court to reopen the matter for further briefs or oral arguments or both").

The deadline for any party to file an opposition to the Motion is **December 14, 2016**.  The deadline for DJI's optional reply in support of the Motion is **December 21, 2016**.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager