# MINUTES

| | |
|---|---|
| CASE NUMBER: | 2:16-cv-02292-LEK (USDC, Eastern District of California) |
| CASE NAME: | Tyson Howard vs. DJI Technology, Inc., also known as DJI Technology Co., LTD |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 1/10/2017 | TIME: | |

COURT ACTION:  EO: A Status (Pretrial Scheduling) Conference previously set for February 2, 2017 at 3:30 PM **is moved to February 16, 2017 at 03:30 PM  (Eastern District of California time** which is 1:30 PM (Hawaii time) before Judge Leslie E. Kobayashi.

All Counsel from the Eastern District of California are to participate by telephone.  The Courtroom Manager will contact counsel at the phone numbers listed on the docket unless an alternate phone number is provided.

Joint Status Report is due 15 days before the status conference.

Submitted by: Warren N. Nakamura, Courtroom Manager