# MINUTES

CASE NUMBER:        2:16-cv-02292-LEK (USDC, Eastern District of California)

CASE NAME:          Tyson Howard vs. DJI Technology, Inc., also known as
                    DJI Technology Co., LTD

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     1/24/2017                    TIME:

---

COURT ACTION:  EO: COURT ORDER ELECTING TO DECIDE DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT WITHOUT A HEARING AND VACATING STATUS (PRETRIAL SCHEDULING) CONFERENCE SCHEDULED FOR FEBRUARY 22, 2017

On January 24, 2017, Defendant DJI Technology, Inc. ("DJI") filed its Motion to Dismiss the First Amended Complaint ("Motion").  [Dkt. no. 17.]  This Court elects to decide the Motion without a hearing, pursuant to L.R. 230(g) (stating that a motion "may be submitted upon the record and briefs on file . . . if the Court so orders, subject to the power of the Court to reopen the matter for further briefs or oral arguments or both").

The deadline for any party to file an opposition to the Motion is **February 14, 2017**.  The deadline for DJI's optional reply in support of the Motion is **February 21, 2017**.

The Status (Pretrial Scheduling) Conference currently scheduled for February 22, 2017 is VACATED pending this Court's ruling on the Motion.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager