# MINUTES

CASE NUMBER:     2:16-cv-02292-LEK (USDC, Eastern District of California)

CASE NAME:     Tyson Howard vs. DJI Technology, Inc., also known as DJI Technology Co., LTD

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi     REPORTER:

DATE:     9/21/2017     TIME:

COURT ACTION: EO: Case Management Status Conference set for **12/11/2017 at 11:30 AM (Hawaii time)** before Judge Leslie E. Kobayashi. (Approximately 02:30 PM E Dist of CA time).

All Counsel from the Eastern District of California to participate by telephone. Courtroom Manager will contact counsel at the phone number listed on the Court docket unless an alternate phone number is provided.

Submitted by: Warren N. Nakamura, Courtroom Manager