Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON HOWARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DJI TECHNOLOGY, INC,<br><br>Defendant. | Case No. 2:16-cv-002292-LEK<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 4th day of December, 2017.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

Order to Dismiss - 1